**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1364**

———————

In re: MATTHEW JASON HUTTON,

       Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Greenville.  (6:20-cr-00115-DCC-1; 6:24-cv-00553-DCC)

———————

Submitted:  May 15, 2026                         Decided:  June 12, 2026

———————

Before NIEMEYER and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Matthew Jason Hutton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jason Hutton petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has since denied Hutton's § 2255 motion. Accordingly, because the district court has recently decided Hutton's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*